# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                    Case No. 15-10045-JTM

**AGATHA ENNS,**
**GEORGE ENNS,**
**JAMES KIRK FRIEND,**
**MATTHEW THOMAS, and**
**KATHY SHELMAN,**

      **Defendants.**

## ORDER

Now on this 13th day of November, 2015, this case comes before the Court on the United States' Motion to Continue the Status Conference and Jury Trial and Request for Excludable Time Computations. The Motion requests that this Court continue this matter for at least 90 days to a date certain for a status conference and jury trial.

The Court, after reviewing the Motions considering the facts and circumstances of this case, and reviewing the relevant statute and law finds as follows:

1. On April 27, 2015, a grand jury returned a multiple count Indictment against the defendants charging them with various offenses allegedly occurring in the District of

Kansas and elsewhere.  (Doc. 5.)  These offenses occurred beginning as early as March 29, 2011.

    2.    A Superseding Indictment was returned on October 6, 2015.  (Doc. 59.)  New charges were returned against defendants Agatha Enns and George Enns.

    3.    The defendants have been released on bonds in this case.

    4.    Based upon the statements of counsel, and the lack of objection to the requested continuance by counsel or defendants in this case, it appears that additional time is required for the parties to prepare for trial and/or resolve this matter.

    5.    The Court has previously found that this case has an unusual and complex nature based upon numerous factors.

    6.    The Court finds that the normal time limits imposed by 18 U.S.C. § 3161 do not allow the parties adequate time to consider and prepare for trial.

    7.    The parties have the right to the continuity of counsel and reasonable time for effective presentation in this case.  By allowing this, the Court ensures that all parties receive the effective assistance of counsel and an opportunity to fully develop and litigate the issues presented by the facts of this case.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this continues to be an unusual and complex case under 18 U.S.C. § 3161(7)(A) and (B)(ii), which will proceed outside the normal limits imposed by 18 U.S.C. § 3161(c), and that the associated period of delay, specifically, the time from November 12, 2015, to the new jury trial setting, shall be excludable time as provided for by the Speedy Trial Act.   The Court

further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons previously stated.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this matter is set for a status conference on March 2, 2016, at 2:30 p.m. with the jury trial to proceed on March 15, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

__s/ J. Thomas Marten_____  
J. THOMAS MARTEN  
Chief Judge  
United States District Court  
District of Kansas