IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

        Plaintiff,

        vs.                             Case No. 15-10045-JTM

Agatha Enns, *et al.*,

        Defendants.

MEMORANDUM AND ORDER

      This matter is before the Court on defendant Agatha Enns' Motion to Continue Trial. (Dkt. 85). The Motion requests that this Court continue this matter to a new date. The Court, after reviewing the Motions considering the facts and circumstances of this case, hereby adopts and incorporates its Order of November 13, 2015 (Dkt. 84) and further finds that the time limits imposed by 18 U.S.C. § 3161 do not allow the parties adequate time to consider and prepare for trial under the circumstances of the present action. The parties have the right to the continuity of counsel and reasonable time for effective presentation in this case. By allowing this, the Court ensures that all parties receive the effective assistance of counsel and an opportunity to fully develop and litigate the issues presented by the facts of this case.

      IT IS ACCORDINGLY ORDERED this 14th day of December, 2015, that the defendant's Motion to Continue (Dkt. 85) is granted, this continues to be an unusual and complex case under 18 U.S.C. § 3161(7)(A) and (B)(ii), which will proceed outside the normal limits imposed by 18 U.S.C.

§ 3161(c), and that the associated period of delay, specifically, the time from March 15, 2016, until May 3, 2016, shall be excludable time as provided for by the Speedy Trial Act. Status Conference is continued to April 20, 2016, at 2:30 p.m.  The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons previously stated.

                                            _____s/ J. Thomas Marten_____
                                            J. THOMAS MARTEN, JUDGE