# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

  v.          **CASE NO. 15-10045-05-JTM**

**KATHY SHELMAN,**

  **Defendant.**

## ORDER

Now on this 16th day of September, 2016, the Court having read and considered the joint Motion of the parties filed herein to approve deferred prosecution and delay discovery during the period ending September of 2017, and good cause appearing therefor,

IT IS HEREBY ORDERED that deferred prosecution and the delay of discovery is approved and that this matter be stricken from the Court's trial docket until further order.

Done this 16th day of September, 2016.

            _s/ J. Thomas Marten_____
            HONORABLE J. THOMAS MARTEN
            United States District Court